## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Oplus Technologies, Ltd.

                    Plaintiff,

v.                                       Case No.: 1:11−cv−09027
                                          Honorable John J. Tharp Jr.

Funai Electric Co., Ltd., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2014:

      MINUTE entry before the Honorable John J. Tharp, Jr: Status hearing held. Parties have concluded their settlement. Upon the parties' joint oral motion, the case is dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii), each side to bear its own attorneys' fees and costs. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

(see above)